| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kobayashi,, Leslie E. | 2. Court or Organization<br><br>US Ddistrict Court, District of Hawaii | 3. Date of Report<br><br>04/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,  Date 04/21/2010<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>03/31/2010 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>300 Ala Moana Blvd. Rm. C-353<br>Honolulu, Hawaii 96850 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | State of Hawaii, Judiciary/Salary |
| 2. 2010 | State of Hawaii, Judiciary/Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. City Bank | Line of Credit | J |
| 3. First Hawaiian Bank | Line of Credit | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA Rollover | G | Dividend | J | T | Exempt | | | | |
| 2. - MS Liq. Asset Fund | | | | | | | | | |
| 3. - Allianz NFJ SM-Cap Value A | | | | | | | | | |
| 4. - Gabelli Equity Income Fund | | | | | | | | | |
| 5. - T. Rowe Price Mid Cap Gr Adv | | | | | | | | | |
| 6. - Seligman Emerging Markets A | | | | | | | | | |
| 7. -Legg Mason Piners GL Hiyld Bd A | | | | | | | | | |
| 8. - MFS Limited Maturity A (Mutual Fund) | | | | | | | | | |
| 9. - Templeton Foreign Fund A | | | | | | | | | |
| 10. - Western Asset Core Plus BD FI | | | | | | | | | |
| 11. - Amer Cent Growth Adv | | | | | | | | | |
| 12. AIM Constellation Fund Class A | A | Dividend | K | T | | | | | |
| 13. MSDW Liquid Asset Fund | A | Interest | J | T | | | | | |
| 14. Honolulu FCU (bank account) | A | Interest | J | T | | | | | |
| 15. McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 16. MSDW Dividend Growth Fund B | A | Dividend | J | T | | | | | |
| 17. MSDW Small Cap Growth Fund B | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MSDW Aggressive Equity Fund B | | None | J | T | | | | | |
| 19. MSDW Global Div Growth B | | None | J | T | | | | | |
| 20. Safeway Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 21. Phoenix Engermann Growth A | A | Dividend | J | T | | | | | |
| 22. MDSDW Competitive Edge Fund | | None | J | T | | | | | |
| 23. MSDW Am Opportunity Fund | | None | J | T | | | | | |
| 24. Walt Disney Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 25. MSDW Growth Securities B | A | Dividend | J | T | | | | | |
| 26. MSDW Global Dividend Growth D | A | Dividend | J | T | | | | | |
| 27. MSDW Competitive Edge Bip B | | None | J | T | | | | | |
| 28. Salomon HI Yld BD FD Cl A | | None | J | T | | | | | |
| 29. IM Enterprise Growth FD Cl A | | None | J | T | | | | | |
| 30. Pimco Small-Cap Value Fd Cl A | | None | J | T | | | | | |
| 31. Enterprise Group Fund Grwth PT | | None | J | T | | | | | |
| 32. MS Limited Maturity Fund A (Mutual Fund) | A | Dividend | J | T | | | | | |
| 33. Fidelity Adv Intermed BD T | | None | | | | | | | |
| 34. Developing Grw Securities B | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Information Fund B | | None | J | T | | | | | |
| 36. General Electric Co. (Common Stock) | | None | J | T | | | | | |
| 37. Wachovia Securities-Franklin Bank Certificate of Deposit | A | Interest | J | T | | | | | |
| 38. United States Savings Bond Series EE | | None | J | T | | | | | |
| 39. MSDW Strategist Fund B | A | Dividend | J | T | | | | | |
| 40. CollegeBoundfund (Not self-directed) | | None | J | T | | | | | |
| 41. MSDW Dividend Growth D | A | Dividend | J | T | | | | | |
| 42. Phoenix All-Cap Growth A | A | Dividend | J | T | | | | | |
| 43. Focus Growth Fund B | A | Dividend | J | T | | | | | |
| 44. Strategist Fund A | A | Int./Div. | J | T | | | | | |
| 45. MS Equally Weighted S&P 500 C | A | Dividend | J | T | | | | | |
| 46. MS Equally Weighted S&P 500 C | A | Dividend | J | T | | | | | |
| 47. Citadel Broadcasting Corp. (Common Stock) | | None | J | T | | | | | |
| 48. MS Dividend Grwth Securities D | | None | | | | | | | |
| 49. MS Global Advantage Fund A | A | Int./Div. | J | T | | | | | |
| 50. MS Global Dividend Grwth Sec D | A | Dividend | J | T | | | | | |
| 51. MS Mid-Cap Growth B | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. MS Capital Opportunites TR A | A | Dividend | J | T | | | | | |
| 53. ING ESH Annuity | | None | M | T | | | | | |
| 54. American Century Growth Advantage (Mutual Fund) | A | Dividend | J | T | | | | | |
| 55. indyMac Bank Certificate of Deposit | A | Int./Div. | J | T | | | | | |
| 56. Blackrock Infrm Bond Svc | | None | J | T | | | | | |
| 57. MFS Value A (Mutual Fund) | | None | J | T | | | | | |
| 58. Fidelity Adv Lvgd Compny Stk A | | None | | | | | | | |
| 59. Jennison Mid Cap Growth A | | None | | | | | | | |
| 60. Lazard Emerging Markets Open | | None | | | | | | | |
| 61. Perkins Mid Cap Val Div | A | Dividend | J | T | | | | | |
| 62. Allianz NFJ Intl Value A | A | Dividend | J | T | | | | | |
| 63. Dryden Sh Trm Corp Bd A | A | Dividend | J | T | | | | | |
| 64. DWS Large Cap Value A | A | Int./Div. | J | T | | | | | |
| 65. Ivy large Cap Grw A | A | Int./Div. | J | T | | | | | |
| 66. Pimco Low Duration FD A | A | Int./Div. | J | T | | | | | |
| 67. TCW Total Ret Bd N | A | Int./Div. | J | T | | | | | |
| 68. MS Limited Maturity A (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 70. Custodial Trust Co Certificate of Deposit | | None | | | | | | | |
| 71. Blackrock Equity Dividend A | A | Int./Div. | J | T | | | | | |
| 72. Blackrock Bond PTF Svc | A | Int./Div. | J | T | | | | | |
| 73. MS Focus Growth Fund A | | None | J | T | | | | | |
| 74. MS Global Dividend Growth Sec B | | None | J | T | | | | | |
| 75. DWS Real Estate Sec A (Mutual Fund) | | None | J | T | | | | | |
| 76. Pimco Real Return Fund A | | None | J | T | | | | | |
| 77. Virtus Strategic Grw A | | None | J | T | | | | | |
| 78. Virtus All-Cap Growth A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III.A. Non reportable non investment income earned during reporting period for service as US Magistrate Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 46 | 500 | Notes payable to banks-secured | | 7 | 500 |
| U.S. Government securities-add schedule | | | 300 | Notes payable to banks-unsecured | | 18 | 000 |
| Listed securities-add schedule | | 227 | 613 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 270 | 200 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 1 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 7 | 000 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 620 | 000 |
| Real estate owned-add schedule | | 820 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 23 | 000 | Private school tuition for remainder of 2009-10 and for 2010-11 | | 27 | 600 |
| Cash value-life insurance | | | | Divorce property division payments (Clarence Pacarro) | | 80 | 000 |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 754 | 100 |
| | | | | Net Worth | | 640 | 513 |
| Total Assets | 1 | 394 | 613 | Total liabilities and net worth | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |